1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOEL GALLEGOS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-cr-00068 AWI
                                       )
12                   Plaintiff,        )   STIPULATION TO CONTINUE
                                       )   STATUS CONFERENCE HEARING;
13          v.                         )   ORDER
                                       )
14  JOEL GALLEGOS,                     )
                                       )   Date:   February 23, 2009
15                   Defendant.        )   Time:   9:00 a.m.
                                       )   Judge:  Hon. Anthony W. Ishii
16  _____  )

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19  respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20  February 17, 2009 **may be continued to February 23, 2009 at 9:00 a.m.**

21          This continuance is requested by counsel for defendant to allow additional time for plea

22  negotiations and defense preparation.  AUSA Marlon Cobar has no objection.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  The continuance for further plea negotiations is in the interest of justice and will allow the case to

2  proceed.  Defense requests time be excluded pursuant to 18 U.S.C.  § 3161(h)(8)(A).

3

4                                                        LAWRENCE G. BROWN
                                                         Acting United States Attorney
5

6  DATED: February 11, 2009          By   /s/ Marlon Cobar
                                           MARLON COBAR
7                                          Assistant United States Attorney
                                           Attorney for Plaintiff
8

9                                                        DANIEL J. BRODERICK
                                                         Federal Defender
10

11
   DATED: February 11, 2009          By   /s/ Melody M. Walcott
12                                         MELODY M. WALCOTT
                                           Assistant Federal Defender
13                                         Attorney for Defendant
                                           JOEL GALLEGOS
14

15                                   **ORDER**

16      **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

17

18

19  IT IS SO ORDERED.

20  **Dated:   February 11, 2009**          ___/s/ Anthony W. Ishii___
                                            CHIEF UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28